No. 84–412. HOME BUILDERS & CONTRACTORS ASSOCIATION OF PALM BEACH COUNTY, INC., ET AL. v. BOARD OF COUNTY

COMMISSIONERS OF PALM BEACH COUNTY ET AL. Appeal from Dist. Ct. App. Fla., 4th Dist., dismissed for want of substantial federal question. 